UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

        - v. -                 :       **UNSEALING ORDER**

ADRIAN ALFARO DIAZ,              :

            Defendant.         :       20 Mag. 2039
                                                                                                   20 Cr. __ (DLC)

- - - - - - - - - - - - - - - - - - - X

         Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that Criminal Complaint 20 Mag. 2039, which was filed under seal on February 21, 2020, be unsealed immediately.

SO ORDERED.

Dated:    New York, New York
           June 19, 2020

                                                            _____
                                                            JAMES L. COTT
                                                            United States Magistrate Judge